**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 26-1040**

───────────

BRITTNEY MOSELEY,

        Plaintiff - Appellant,

    v.

LATINO COMMUNITY CREDIT UNION,

        Defendant - Appellee.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Kenneth D. Bell, District Judge.  (3:25-cv-00401-KDB-DCK)

───────────

Submitted:  July 16, 2026                 Decided:  July 20, 2026

───────────

Before WILKINSON, RICHARDSON, and QUATTLEBAUM Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Brittney Moseley, Appellant Pro Se.  Brian David Darer, Alexandria Grace Hill, PARKER POE ADAMS & BERNSTEIN LLP, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brittney Moseley appeals the district court's order granting summary judgment to Defendant on Moseley's civil action alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681b.  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's order.  *Moseley v. Latino Cmty. Credit Union*, No. 3:25-cv-00401-KDB-DCK (W.D.N.C. Dec. 22, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2